FILED
2021 May-18 PM 01:29
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **MICHAEL MONROE,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Civil Action No. 5:20-CV-00312-CLS |
| | ) |
| **WAYNE FARMS LLC,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER OF DISMISSAL

In accordance with the parties' joint stipulation of dismissal (doc. no. 27), it is hereby ORDERED, ADJUDGED, and DECREED that all claims are DISMISSED with prejudice. Costs are taxed as paid.

**DONE** and **ORDERED** this 18th day of May, 2021.

_____
Senior United States District Judge